Peter L. Recchia, Esq. (SBN 77857)
**LAW OFFICES OF PETER L. RECCHIA**
1605 E. 4th Street, Ste. 250
Santa Ana, CA 92701
Tel: (714) 541-2858
Fax: (714) 541-6880
E-mail:   Attnyrecchia@aol.com

FILED
DEC - 4 2008
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

Attorney for Plaintiff, Elizabeth LaValle and all those similarly situated

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH LAVALLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHEXSYSTEMS and DOES 1 to 10, Inclusive,<br><br>Defendants. | SACV 08-01383 AHS (RNBx)<br><br>Case No.:<br><br>**COMPLEX LITIGATION**<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff hereby alleges:

## I.   NATURE OF THE ACTION

1.      This lawsuit is brought as a class action by ELIZABETH LAVALLE (hereinafter "PLAINTIFF") on behalf of herself and those persons similarly situated. Plaintiff seeks class-wide recovery of damages, punitive damages, injunctive relief, and attorneys fees for violations of the Federal Fair Credit

- 1 -

CLASS ACTION COMPLAINT

Reporting Act, 15 U.S.C. § 1681 *et seq.*, the California Consumer Credit Reporting Agencies Act, California Civil Code § 1785.1, *et seq.*, and California Business and Professions Code §§ 17200, *et seq.*, from Defendant, CHEXSYSTEMS (hereinafter sometimes referred to as "DEFENDANT.")

## JURISDICTION AND VENUE

2. This Court has jurisdiction over PLAINTIFFS' claims pursuant to 15 U.S.C. § 1681(p). This also has jurisdiction over the instant case pursuant to 28 U.S.C. Section 1332(d)(2) because this is a class action where the matter in controversy exceeds the sum or value of $5,000,000 exclusive of interest and costs, and there are members of the Plaintiff class who are citizens of a State different from that of DEFENDANT.

3. This Court has jurisdiction over DEFENDANT because DEFENDANT has sufficient minimum contacts within this District so as to render the exercise of jurisdiction over the DEFENDANT by this Court consistent with traditional notions of fair play and substantial justice.

4. Venue is proper in this Court has jurisdiction over the claims of PLAINTIFF against DEFENDANT because at least one instance of the unlawful conduct of DEFENDANT occurred in the Central District of California.

## PLAINTIFF

5. At all times relevant herein, Plaintiff ELIZABETH LAVALLE was and is a resident of the State of California, County of Orange.

## DEFENDANT

6. As used in this Complaint, "DEFENDANT" refers to all defendants and unless otherwise specified, every allegation with respect to one defendant is an allegation with respect to each defendant.

- 2 -

CLASS ACTION COMPLAINT

7. PLAINTIFF is informed and believes and thereon alleges that DEFENDANT, CHEXSYSTEMS is a corporation and is authorized to do business in the State of California.

8. DEFENDANT is a "consumer credit reporting agency" within the meaning of the FCRA, 15 U.S.C. § 1681a(f). DEFENDANT regularly engages in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. § 1681a(d), to third parties. The basis of DEFENDANT's business is providing consumer reports to banking institutions throughout the United States regarding the alleged conduct and experiences consumers, such as PLAINTIFF herein, have had in the manner in which they have handled their bank accounts. PLAINTIFF is informed and believes and thereon alleges that CHEXSYSTEMS, in conspiracy with the various banks that subscribe to it, has established a "blackball" system whereby consumers cannot open a bank account with any bank that subscribes to CHEXSYSTEMS' consumer reporting system if and when CHEXSYSTEMS maintains a derogatory report associated with the consumers' names. This "blackball" system exists whether or not the consumer has a legitimate dispute associated with the information reported by CHEXSYSTEMS, in spite of the fact the reported information may be vague, ambiguous or inaccurate. Furthermore, contrary to the provisions of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681i(b) and the California Consumer Credit Reporting Agencies Act, California Civil Code § 1785.15(f), CHEXSYSTEMS frequently refuses to publish a requested consumer statement on its reports when requested by consumers, such as PLAINTIFF herein, and those similarly situated, thereby further depriving consumers their rights under the law and compounding the negative effects of CHEXSYSTEMS' reports and the resulting "blackball" system.

9. PLAINTIFF does not know the true names and capacities, whether individual, corporate, associate, or otherwise of defendants Does 1 through 1000,

Inclusive. Such fictitious defendants are sued pursuant to United States District Court, Central District of California Local Rule 19-1. PLAINTIFF is informed and believes and based upon such information and belief alleges that each fictitious defendant was in some way responsible for, participated in, or contributed to the matter and things of which PLAINTIFF complains herein, and in some form and under some theory, is subject to liability therefore. When the exact nature and identity of such fictitious defendants' responsibility for, participation in, and contribution to the matters herein alleged is ascertained by PLAINTIFF, they will seek leave to amend this Complaint to set forth the same.

10. All DEFENDANTS, and each of them, carried out a joint scheme, business plan or policy in all respects pertinent hereto and all acts and omissions herein complained of were performed within the course and scope of said relationship.

11. DEFENDANTS' founders, owners and executive officers directed, authorized, ratified and/or participated in the conduct that gives rise to the claims asserted herein and derived personal financial benefit from such conduct.

## FACTUAL ALLEGATIONS

12. PLAINTIFF, and all individuals similarly situated, have been reported by CHEXSYSTEMS as having a derogatory banking history and this information has been communicated to another, third party, banking institution. PLAINTIFF, and those similarly situated, have requested and/or demanded that CHEXSYSTEMS either correct or cease reporting the derogatory information associated with their names, and also asked or demanded to have a consumer statement placed on their CHEXSYSTEMS' reports, thereby telling their side of the story, as provided under the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681i(b) and the California Consumer Credit Reporting Agencies Act, California Civil Code § 1785.15(f),

13. CHEXSYSTEMS has refused to include Plaintiff's and those similarly situated, consumer statements on their CHEXSYSTEMS' reports contrary to the requirements of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681i(b) and the California Consumer Credit Reporting Agencies Act, California Civil Code § 1785.15(f).

14. As a result of DEFENDANT's procedures, reporting practices, and failure and refusal to include requested consumer statements on its CHEXSYSTEMS' reports, the consumer credit reports of PLAINTIFFS and those individuals similarly situated, contain vague, ambiguous, and inaccurate information, without the opportunity of PLAINTIFF and those similarly situated to tell their side of the story by way of a statutorily mandated consumer statement. As such, PLAINTIFF, and those similarly situated, have derogatory reports published by CHEXSYSTEMS associated with their names, and are thereby "blackballed" from participating in the United States banking system, and have been refused the opportunity to tell their side of the story by way of a consumer statement.

## CLASS ALLEGATIONS

15. Plaintiffs individually and on behalf of herself and all persons similarly situated, seek class-wide relief for injuries resulting from the patterns and practices of unlawful conduct by DEFENDANT.

16. Plaintiffs seek to represent the following class of persons:

> All consumers, as defined by 15 U.S.C. § 1681a(c) residing in the U.S. for whom CHEXSYSTEMS maintains a file, as defined by 15 U.S.C. § 1681a(g), who, on or after September 15, 2006, requested that CHEXSYSTEMS include a consumer statement of dispute on their CHEXSYSTEMS' consumer report and CHEXSYSTEMS failed to and refused to include the consumer statement on their reports.

17. PLAINTIFF is informed and believes and thereon alleges that the persons

- 5 -

in the class are so numerous that joinder of all such persons is impracticable and that the disposition of their claims as a class will benefit parties and the Court.

18. PLAINTIFF is informed and believes that notice to the Class is possible because the class members in each Class can be noticed through the addresses maintained by DEFENDANT, or through publication or other reasonable means.

19. There is a well-defined commonality of interest in questions of law involving and affecting the Classes to be represented in that DEFENDANT, on a class-wide basis, violated similar laws as to all members of the Class.

20. There is a well-defined commonality of interest in questions of fact involving and affecting the Class members to be represented in that DEFENDANT implemented a common plan or scheme, on a class-wide basis, to refuse to include consumer statements when requested by consumers on their CHEXSYSTEMS' reports, thereby further damaging PLAINTIFF and those similarly situated and further compounded the problem for these consumers as part of the CHEXSYSTEMS' "blackball" system.

21. The claims of PLAINTIFF alleged herein are typical of those claims which could be alleged by any member of the Class and the relief sought is typical of the relief which would be sought by each of the members of the Class members in separate actions.

22. PLAINTIFF and her Counsel will fairly and adequately represent and protect the interests of all members of the Classes.

23. The prosecution of separate actions by individual members of the Class would create a risk of inconsistent and/or varying adjudications with respect to the individual members of the Class, establishing incompatible standards of conduct for DEFENDANT and resulting in the impairment of the rights of members of the Class and the disposition of their interests through actions to which they were not parties.

24. A single class action is superior to numerous individual actions as a means

of adjudicating these claims. The claims of each individual are relatively small making adjudication of individual claims cost prohibitive.

25. The case is manageable for, among other reasons, the issue that will predominate this action is whether the advertisements are misleading or likely to deceive and not what occurred with each individual transaction.

26. These classes of persons are easily ascertainable through DEFENDANT's records.

### FIRST CAUSE OF ACTION

By PLAINTIFF individually and on behalf of all similarly situated, against DEFENDANT

**(WILLFUL FAILURE TO INCLUDE CONSUMER STATEMENT IN VIOLATION OF** 15 U.S.C. § 1681i(b) and California Civil Code § 1785.15(f))

27. PLAINTIFF, individually and on behalf of all individuals similarly situated, hereby restates, re-alleges, and incorporates by reference herein the paragraphs stated above in this Class Action Complaint as though fully set forth herein.

28. DEFENDANT violated the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681i(b) and the California Consumer Credit Reporting Agencies Act, California Civil Code § 1785.15(f), by intentionally and willfully failing to and refusing to include a consumer statement of dispute on its CHEXSYSTEMS reports after the statements were requested and/or demanded by the consumer. On August 18, 2008, PLAINTIFF, by and through her attorney, demanded that CHEXSYSTEMS place a consumer statement on her CHEXSYSTEMS' consumer report. On September 14, 2008, CHEXSYSTEMS wrote PLAINTIFF's counsel and advised him that CHEXSYSTEMS would not include PLAINTIFF'S consumer statement on her CHEXSYSTEM's report. PLAINTIFF is informed and believes and thereon alleges it is a frequent and common practice of

- 7 -

CHEXSYSTEMS to refuse consumers' requests and demands for a consumer statement to be included on the consumers' CHEXSYSTEMS' reports.

29. As a result of DEFENDANT's failure to comply with the FCRA and CCRAA, PLAINTIFFS and the members of the Classes are entitled to recover statutory damages, punitive damages, costs and attorneys fees in amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and Cal. Civ. Code §§ 1785.31.

## SECOND CAUSE OF ACTION

By PLAINTIFFS individually and on behalf of all similarly situated, against DEFENDANT

**(NEGLIGENT FAILURE TO INCLUDE CONSUMER STATEMENT OF DISPUTE IN VIOLATION OF** 15 U.S.C. § 1681i(b) and California Civil Code § 1785.15(f).

30. PLAINTIFF, individually and on behalf of all individuals similarly situated, hereby restates, re-allege, and incorporates by reference herein the paragraphs stated above in this Class Action Complaint as though fully set forth herein.

31. DEFENDANT violated 15 U.S.C. § 1681i and Cal. Civ. Code § 1785.15(f) by failing to include a statement of dispute concerning PLAINTIFF'S and each member of the Class CHEXSYSTEMS' reports.

32. As a result of DEFENDANT's failure to comply with the FCRA and CCRAA, PLAINTIFFS and the members of the Classes are entitled to recover statutory damages, costs and attorneys fees in amount to be determined by the Court pursuant to 15 U.S.C. § 1681o and Cal. Civ. Code § 1785.14.

## THIRD CAUSE OF ACTION

By PLAINTIFFS individually and on behalf of all similarly situated, against

DEFENDANT

**(UNFAIR BUSINESS PRACTICES PURSUANT TO CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTIONS 17200 ET SEQ.)**

33. PLAINTIFF, individually and on behalf of all individuals similarly situated, hereby restates, re-alleges, and incorporates by reference herein the paragraphs stated above in this Class Action Complaint as though fully set forth herein.

34. DEFENDANT's conduct at all times mentioned herein constitutes unlawful business competition within the meaning of California Business and Professions Code § 17200, *et seq.* because it engaged in illegal conduct, including but not limited to, violating Federal Fair Credit Reporting Act, 15 U.S.C. § 1681i(b) and the California Consumer Credit Reporting Agencies Act, California Civil Code § 1785.15(f). DEFENDANT's failure to include PLAINTIFF's and those similarly situated consumer statements in the consumers' CHEXSYSTEMS reports constitutes unfair business competition within the meaning of California Business and Professions Code § 17200, *et seq.*

35. As a result of DEFENDANT's unfair and/or unlawful business practices, PLAINTIFF and members of the Class have suffered injury in fact and have suffered loss of money or property, including but not limited to erroneous credit reports disseminated to third parties, their inability to open new bank accounts on account of the "blackball" system created and maintained by CHEXSYSTEMS, and the failure of CHEXSYSTEMS to comply with the law by including consumer statements of dispute on their CHEXSYSTEMS' reports.

36. As a result of DEFENDANT's unfair or unlawful business practices, PLAINTIFFS and members of the Classes are entitled to injunctive relief.

## PRAYER

**WHEREFORE** PLAINTIFF and all class members pray for judgment against

DEFENDANT and each of them as follows:

1. For injunctive relief;
2. For declaratory relief;
3. For actual damages;
4. For statutory damages;
5. For punitive damages;
6. For attorneys' fees and cost of suit; and
7. For such other and further relief as the Court deems just and proper.

12/4/08

**LAW OFFICES OF PETER L. RECCHIA**

By: _____
Peter L. Recchia
Attorney for the Plaintiff and on behalf of all others similarly situated

CLASS ACTION COMPLAINT



## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
ELIZABETH LAVALLE, et.al.,

**DEFENDANTS**
CHEXSYSTEMS, et.al.,

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Peter L. Recchia, Esq.
1605 E. 4th St., Ste. 250
Santa Ana, CA 92701   (714) 541-2858

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☑ Yes  ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. Section 1681, et. seq. - Violations by Defendant of Federal Fair Credit Reporting Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | | | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | **FEDERAL TAX SUITS** |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**SACV 08-01383 AHS (RNBx)**

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| UNKNOWN - VARIOUS | MINNESOTA - CHEXSYSTEMS |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date 12-3-08

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Alicemarie H. Stotler and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV08- 1383 AHS (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Peter L. Recchia, Esq. (SBN 77857)
LAW OFFICES OF PETER L. RECCHIA
1605 E. 4th Street, Ste. 250
Santa Ana, CA 92701
Phone: (714) 541-2858
Fax:    (714) 541-6880

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH LAVALLE, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>CHEXSYSTEMS and DOES 1 to 10, Inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV 08-01383 AHS (RNBx)**<br><br>FOR OFFICE USE ONLY<br>SUMMONS |

TO:   DEFENDANT(S):  <u>CHEXSYSTEMS, et.al.,</u>

A lawsuit has been filed against you.

Within <u>  20  </u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>Peter L. Recchia, Esq.</u>, whose address is <u>1605 E. 4th St., Ste. 250, Santa Ana, CA 92701</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court
STEPHANIE MIKHAIL

Dated:  <u>12-4-08</u>           By: _____
                                     Deputy Clerk

FOR OFFICE USE ONLY
(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*