UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

CIVIL MINUTES - GENERAL

Case No.   SA CV 08-1383-AHS(RNBx)                  Date: November 16, 2010

Title:   Elizabeth Lavalle, etc., et al. v. Chexsystems, et al.

==================================================================
PRESENT: HON. ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE

     Loretta Anderson             Not Present
     Deputy Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
Not present                           Not present

PROCEEDINGS:   (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL
                 RETURNABLE: November 24, 2010

     Counsel/Parties are hereby ordered to show cause in writing no later than **November 24, 2010**, why this case should not be dismissed pursuant to Fed. R. Civ. P. 41, for lack of prosecution.  No oral argument of this matter will be heard unless ordered by the Court.  The Order to Show Cause will stand submitted upon the close of business November 24, 2010.

     Counsel/Parties are advised that the Court will consider the filing of the parties' written settlement agreement, as contemplated in the August 27, 2010 Notice of Tentative Settlement (Dkt. No. 28), on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

     The Clerk shall serve this minute order on all counsel/parties in this action.

                                                                 :
                                    Initials of Deputy Clerk:   lma