# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 08-1383-AHS(RNBx) | Date | September 20, 2011 |
|---|---|---|---|
| Title | Elizabeth LaValle et al. v. ChexSystems, Inc. | | |

| Present: The Honorable | ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE |
|---|---|

| Carolyn Voss | None present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   (In Chambers) ORDER TO FILE SUPPLEMENTAL DECLARATIONS REGARDING CLASS RECOVERY AND ATTORNEYS' FEES

On March 25, 2011, the Court granted preliminary approval of class settlement and ordered dissemination of the class notice. The time for class members to file a claim, object, or opt out expired on August 8, 2011. On September 2, 2011, Plaintiffs filed a motion for orders 1) granting final approval of class action settlement, 2) granting a service fee of $2,500 to the class representative, and 3) granting attorneys' fees and costs pursuant to Federal Rules of Civil Procedure 54(d)(2) and 23(h). (Doc. No. 47.) Along with their motion, Plaintiffs also filed declarations from counsel, the class representative, and the consultant hired to disseminate class notice.

The Court, having read and considered Plaintiffs' motion and accompanying declarations, orders counsel for Plaintiffs to file one or more supplemental declarations, no later than September 26, 2011, to support the hourly rates of various counsel who worked on this matter. (Sherman Decl. ¶ 5.) In addition, Plaintiffs' counsel shall submit an estimate of the aggregate amount Defendant may be required to pay to all class members, factoring in any necessary adjustments based on class member responses to deficiency notices received by September 16, 2011. (Cudworth Decl. ¶ 13.)

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

                                                                                    :
                                                            Initials of Clerk    cjv