CALLAHAN, THOMPSON, SHERMAN
& CAUDILL, LLP
LEE A. SHERMAN (SBN 17298)
2601 Main Street, Suite 800
Irvine, California 92614-3397
Tel: (949) 21-2872
Fax: (949) 261-6060
E-mail: lsherman@ctsclaw.com

Attorneys for Plaintiffs,
ELIZABETH LAVALLE,
and all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH LAVALLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEXSYSTEMS and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. SACV 08-01383 AHS (RNBx)<br><br>SUPPLEMENTAL DECLARATION OF JENNY CUDWORTH RE: MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT<br><br>Judge: Hon. Alicemarie Stotler<br>Courtroom: 10-A<br>Complaint Date: December 4, 2008 |

I, Jenny Cudworth, declare:

1. I am a Senior Consultant at Kurtzman Carson Consultants LLC ("KCC"), located at 75 Rowland Way, Suite 250, Novato, California. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. This declaration supplements the declaration I executed on September 2, 2011.

2. KCC was retained to, among other things, mail the Notice Packets, process Claim

1
DECLARATION OF JENNY CUDWORTH RE: MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Forms returned, and distribute checks to eligible claimants.

3. As of September 23, 2011, KCC received 537 Claim Forms, two of which were duplicates, resulting in 555 unique filed claims. Of the 555 unique claims, 141 are approved, 21 are denied, and 373 were determined to be deficient. Notices of Deficient Claim Form with a deadline of September 16, 2011 have been mailed to the 373 whose claims were determined to be deficient. We are currently processing the responses to these Notices of Deficient Claim Form now.

4. Consistent with the distribution methodology that applies in this settlement, for each Valid Claim submitted, KCC will pay to the submitting Settlement Class Member eighty-two dollars ($82.00) per Claimed Letter that Chex Systems sent to the submitting Settlement Class Member. The 141 Class Members with claims currently approved have a total of 155 Claimed Letters, resulting in $12,710.00 to be distributed. The minimum estimated amount to be distributed to the 373 Class Members who submitted a deficient Claim Form is $34,358.00 and the maximum estimated amount to be distributed to the 373 Class Members who submitted a deficient Claim Form is $51,332.00, resulting in a range from $47,068.00 to $64,042.00 to be distributed to the submitting Settlement Class Members.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed this 26th day of September 2011 at Novato, California.

_____
Jenny Cudworth